UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MARINA CUMMINGS,<br><br>    Plaintiff,<br><br>        v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 1:20-cv-01352-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO LIFT STAY FOR ISSUANCE AND SERVICE OF SUMMONS<br><br>ECF No. 3 |

Based upon Plaintiff's Motion to Lift Stay and supporting memorandum, it is hereby ordered that the stay imposed pursuant to General Order 615 is temporarily lifted for the limited purposes of issuing the summons and allowing Plaintiff to effectuate service of process.

IT IS SO ORDERED.

Dated:   October 30, 2020                                    _____
                                                                  UNITED STATES MAGISTRATE JUDGE

1