# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUDREY MARINA CUMMINGS,<br><br>       Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:20-cv-1352 JLT HBK<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §1920<br><br>(Doc. 34) |

Audrey Marina Cummings and Kilolo Kijakazi, the Acting Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $7,500.00 pursuant to the Equal Access to Justice Act and $400.00 in costs under 28 U.S.C. §1920. (Doc. 34.) Accordingly, the Court **ORDERS:** Subject to the terms of the parties' stipulation, Plaintiff is **AWARDED** attorney's fees and expenses in the amount of $7,500.00 under 28 U.S.C. § 2412(d), and costs in the amount of $400.00 under 28 U.S.C. §1920.

IT IS SO ORDERED.

    Dated: __August 22, 2022__                                /s/ Jennifer L. Thurston
                                                                      UNITED STATES DISTRICT JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).

1